# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00029-MR

| | |
|---|---|
| GEGORGIANA SALTER SAULMON, ) ) Plaintiff, ) ) vs. ) ) NANCY A. BERRYHILL, Acting ) Commissioner of Social Security, ) ) Defendant. ) _____) | **O R D E R** |

**THIS MATTER** is before the Court the Plaintiff's motion for the admission of attorney Lindsay F. Osterhout as counsel *pro hac vice*. [Doc. 4]. This is Ms. Osterhout's fourth application to appear *pro hac vice* in this District. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 4] is **ALLOWED**, and Lindsay F. Osterhout is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk.

**IT IS SO ORDERED**.

Signed: February 13, 2018

Martin Reidinger
United States District Judge