**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:18 CV 29**

| | | |
|---|---|---|
| **GEORGIANA SALTER SAULMON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

This matter is before the Court upon Plaintiff's Consent Motion for Attorney Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412 (Doc. 19). Additional supporting documents have also been submitted (Doc. 20).

After review and consideration of the Motion and the accompanying materials, the Court is of the opinion that the Motion should be allowed.

IT IS THEREFORE ORDERED THAT:

(1)     Plaintiff's Consent Motion for Attorney Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412 (Doc. 19) is **GRANTED**, and Plaintiff is awarded attorney's fees in the amount of $5,075.00 ("Fee Award").

(2)     As Equal Access to Justice Act fees belong to the litigant and are subject to offset under the Treasury Offset Program, see Astrue v. Ratliff, 560 U.S. 586 (2010), the Fee Award shall be paid by Defendant as follows:

a.     If Plaintiff has federal debt registered with the Department of Treasury that may be offset by the Fee Award, such amount of the Fee Award as is necessary to satisfy Plaintiff's federal debt shall be so used, up to and including the entire

amount of the Fee Award.

b.  The remaining balance of the Fee Award after application of the offset, if any, described above shall be delivered by Defendant to Plaintiff's counsel on behalf of Plaintiff.

Signed: November 27, 2018

W. Carleton Metcalf
United States Magistrate Judge